# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS (AFFF) PRODUCTS LIABILITY LITIGATION** | MDL NO.: 2:18-mn-2873-RMG<br><br>THIS DOCUMENT RELATES TO:<br><br>22-cv-710;<br>22-cv-711; and<br>22-cv-1303 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Rosemarie C. Hebner, Esq. of GOLDBERG SEGALLA LLP, hereby enters an appearance as counsel for Defendant, Fire Service Plus, Inc., in the above-captioned matter(s). This Notice of Appearance is filed on behalf of Fire Service Plus, Inc. without waiving, any defenses, objections, exceptions and/or obligations that may exist in its favor, including without limitation, challenges to service and personal jurisdiction.

**GOLDBERG SEGALLA LLP**

By: */s/ Rosemarie C. Hebner*
Rosemarie C. Hebner, Esquire
NJ Bar ID No.: 251232017
*Attorneys for Defendant*
**FIRE SERVICE PLUS, INC.**
1037 Raymond Boulevard
Suite 1010
Newark, NJ 07102
(973) 681-7026
rhebner@goldbergsegalla.com

33119031.v1

## **CERTIFICATION OF SERVICE**

      A true and correct copy of the foregoing was electronically filed with this Court's CM-ECF system on May 24, 2022, and accordingly served automatically upon all counsel of record for this matter.

                                              By: */s/ Rosemarie C. Hebner*
                                                     Rosemarie C. Hebner, Esquire