# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS (AFFF) PRODUCTS LIABILITY LITIGATION** | **MDL NO.: 2:18-mn-2873-RMG**<br>**This Document Relates to:**<br><br>*Joseph Marchetti et al. v. 3M Company, et al.*<br>2:22-cv-00710<br>*Joseph Hayes, et al. v. 3M Company, et al.*<br>2:22-cv-00711 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiffs in the above-captioned actions initiated these action by filing Complaints against defendants, including defendant Fire Service Plus, Inc. Defendant Fire Service Plus, Inc. has not answered, moved, or otherwise responded to said Complaint. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss the above-captioned actions against Fire Service Plus, Inc. only, without prejudice. Plaintiffs reserve their rights against all other defendants named in the above-captioned action.

Dated: September 29, 2022

                                              Respectfully submitted,
                                              */s/ Elizabeth C. Pritzker*____
                                              Jonathan K. Levine, Esq.
                                              Elizabeth C. Pritzker, Esq.
                                              Pritzker Levine LLP
                                              1900 Powell Street, Suite 450
                                              Emeryville, CA 94608
                                              jkl@pritzkerlevine.com
                                              ecp@pritzkerlevine.com

                                              *Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Jonathan K. Levine, Esq., hereby certify that on this 29th day of September 2022, the foregoing document was filed using the Court's CM/ECF system which will automatically send notice of the same to all registered counsel of record.

*/s/ Jonathan K. Levine*
Jonathan K. Levine, Esq.